SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
NOV 29 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Jones

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 2:23cr40KHJ-MTP
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED:  X  YES ____ NO

NAME/ALIAS: JAMES MAURICE DEAN

**U.S. ATTORNEY INFORMATION:**

AUSA  Shundral H. Cole    BAR # 103003

INTERPRETER:  X  NO ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 6    ____ PETTY    ____ MISDEMEANOR    6    FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   21:841A-CD.F | 21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute a Controlled Substance (Aiding & Abetting) | 1-6 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: *Lee Smith for SHC*

Revised 9/22/2020