

PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:23cr 40 KHJ-MTP

JAMES MAURICE DEAN
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the __29__ day of November 2023.

This the __29__ day of November 2023.

                                         TODD W. GEE
                                         United States Attorney

                          By: _____
                               for SHUNDRAL H. COLE
                               Assistant United States Attorney
                               MS Bar # 103003

Warrant issued:   __11/29/2023__

SHC/HSI