AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Southern District of Mississippi

**SEALED**

United States of America
v.

JAMES MAURICE DEAN
(wherever found)

Case No.   2:23-cr-40-KHM-MTP

_Defendant_

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   JAMES MAURICE DEAN                                                             ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (AIDING & ABETTING)

Date:     11/29/2023

City and state:     HATTIESBURG, MS

ARTHUR JOHNSTON, CLERK

_Issuing officer's signature_

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**FEB 27 2024**
ARTHUR JOHNSTON
BY _____ DEPUTY

L. Regan, Deputy Clerk
_Printed name and title_

| Return |
|---|

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ 02-26-2024

at _(city and state)_ Laurel, MS _____ .

Date: 02/26/2024

_Arresting officer's signature_

David Driskell      TFO HSI
_Printed name and title_