IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION (HATTIESBURG)

UNITED STATES OF AMERICA

VERSUS                                                        CAUSE NO.: 2:23-cr-00040-KHJ-MTP-1

JAMES MAURICE DEAN

### MOTION TO WITHDRAW THE MOTION TO COMPEL (D-40)

COMES NOW, Michael W. Crosby, Attorney and does hereby, withdraw the Motion to Compel (d-40) for the defendant, JAMES MAURICE DEAN, and hereby submits as follows, to-wit:

I.

The undersigned was recently retained by the family of Defendant, JAMES MAURICE DEAN, to represent him in the above styled and numbered cause. this the 29th day of May 2024.  The undersigned reviewed the discovery in the case and discussed the case in detail with the A.U.S.A., Ms. Shundral Cole.  The issues requested in said Motion, (D-40), have been resolved between the parties, and as such, the Motion to Compel is no longer necessary or sought.

II.

This Motion is submitted in the interests of justice, and not for delay.

WHEREFORE, PREMISES CONSIDERED, the Defendant requests the Court to allow him to withdraw his Motion to Compel, and/or for such other relief that the interests of justice

so requires.

This the 29th day of June, 2024.

                                                JAMES MAURICE DEAN

                                                /s/ Michael W. Crosby_____
                                                Michael W. Crosby
                                                Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Michael w. Crosby, do hereby certify that I have this day this day, May 29th, 2024, electronically filed the above Motion to Withdraw the Motion to Compel, (D-40), and that all parties required to receive notice will be notified by virtue of the ECF filing system.

                                              /s/ Michael w. Crosby_____
                                              Michael W. Crosby
                                              Attorney for Defendant

Michael W. Crosby
MSB #7888
Michael W. Crosby
2111 25th Avenue
Gulfport, MS 39501
Tel: (228) 865-0313
Fax: (228) 865-0337
michaelwcrosby@bellsouth.net